| | |
|---|---|
| 1 | Jeffrey Topor (CA Bar No. 195545) |
| | Simmonds & Narita LLP |
| 2 | 44 Montgomery Street, Suite 3010 |
| | San Francisco, CA 94104 |
| 3 | Phone: (415) 283-1000 |
| | Fax: (415) 352-2625 |
| 4 | E-mail: jtopor@snllp.com |
| 5 | Alan D. Leeth (CA Bar No. 199226) |
| | Burr & Forman LLP |
| 6 | 420 North 20th Street |
| | Suite 3400 |
| 7 | Birmingham, AL 35203 |
| | Phone: (205) 458-5499 |
| 8 | Fax: (205) 244-5670 |
| | E-mail: aleeth@burr.com |
| 9 | |
| | *Attorneys for Plaintiff* |
| 10 | |

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | | |
|---|---|---|---|
| 13 | **HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD.,** | ) ) ) | Civil Action No. _____ |
| 14 | **Plaintiff,** | ) ) | **CERTIFICATE OF INTERESTED PARTIES BY PLAINTIFF HONG** |
| 15 | v. | ) ) ) | **KONG ORIENTAL IMPORT AND EXPORT CO. LTD.** |
| 16 | **CAL PACIFIC LIMITED INC.,** | ) | |
| | **Defendant,** | | |

**CERTIFICATE OF INTERESTED ENTITIES**  Page 1 of 2
Case No.

1    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff, Hong Kong Oriental Import and Export Co. Ltd., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.   Hong Kong Oriental Import and Export Co. Ltd. does not have a parent corporation, and no publicly held corporation owns 10% or more of Hong Kong Oriental Import and Export Co. Ltd.'s stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: January 20, 2015            SIMMONDS & NARITA LLP
                                          JEFFREY A. TOPOR

                                          By:  /s/ Jeffrey Topor
                                               Jeffrey A. Topor
                                               Attorney for Plaintiff
                                               Hong Kong Oriental Import and Export Co. Ltd.