JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
SARAH H. SCHEINHORN (SBN 294759)
sscheinhorn@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Alan D. Leeth (CA Bar No. 199226)
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Phone: (205) 458-5499
Fax: (205) 244-5670
E-mail: aleeth@burr.com

Attorneys for Plaintiff
Hong Kong Oriental Import and Export Co. Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> CAL PACIFIC LIMITED INC., <br><br> Defendant. | CASE NO.: 3:15-cv-00273-JSC <br><br> **NOTICE OF APPEARANCE OF SARAH H. SCHEINHORN AS COUNSEL FOR PLAINTIFF HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD.** |

1  TO DEFENDANT AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that Sarah H. Scheinhorn of the law firm Simmonds
3  & Narita LLP hereby notes her appearance as counsel for Plaintiff Hong Kong
4  Oriental Import and Export Co. Ltd.

6
   DATED: February 24, 2015             SIMMONDS & NARITA LLP
7                                       JEFFREY A. TOPOR
                                        SARAH H. SCHEINHORN
8

9                                By:   /s/ Sarah H. Scheinhorn
                                       Sarah H. Scheinhorn
10                                     Attorneys for Plaintiff
                                       Hong Kong Oriental Import
11                                     and Export Co. Ltd.