| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>ALAN D. LEETH | SBN: 199226<br>BURR & FORMAN LLP<br>420 NORTH 20TH STREET, #3400  BIRMINGHAM, AL 35203 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (205) 458-5499 | FAX NO. | E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: PLAINTIFF: | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 450 GOLDEN GATE #1111 | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 | Hearing Date:          Room: |
| BRANCH NAME: NORTHERN DISTRICT | Hearing Time:         Dept: |
| PLAINTIFF: HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD. | CASE NUMBER: |
| DEFENDANT: CAL PACIFIC LIMITED INC. | C15-273JSC |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SUMMONS; COMPLAINT; CIVIL DOCKET; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

PARTY SERVED:           **CAL PACIFIC LIMITED INC.**
PERSON SERVED:          **ALAN A. GALLEGOS - AGENT FOR SERVICE**
DATE & TIME OF DELIVERY: 3/17/2015
                         11:40 AM
ADDRESS, CITY, AND STATE: 1535 Syracuse Dr
                          Rocklin, CA 957656256
PHYSICAL DESCRIPTION:    Age: 27       Weight: 170        Hair: BLACK
                         Sex: Male     Height: 5-7"       Eyes:
                         Skin: ASIAN   Marks:

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 85.00
County: SACRAMENTO
Registration No.: 2008-05
River City Process Service, Inc.
901 H Street, Suite 207
Sacramento, CA 95814
(877) 446-2051

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 19, 2015.

Signature: _____
SHAWN F. SARDIA

**PROOF OF SERVICE**

Order#: 106659/General