Jeffrey Topor (CA Bar No. 195545)
jtopor@snllp.com
Sarah H. Scheinhorn (CA Bar No. 294759
sscheinhorn@snllp.com
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA  94104
Phone: (415) 283-1000
Fax: (415) 352-2625

Alan D. Leeth (CA Bar No. 199226)
aleeth@burr.com
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Phone: (205) 458-5499
Fax: (205) 244-5670

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD.<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CAL PACIFIC LIMITED INC.<br><br>　　　Defendant. | Case Number: C 15-00273 JSC<br><br>MOTION FOR ENTRY OF CLERK'S DEFAULT |

1 **MOTION FOR ENTRY OF CLERK'S DEFAULT**

2 Plaintiff Hong Kong Oriental Import and Export Co. Ltd. hereby moves the Clerk to enter a default against defendant, Cal Pacific Limited Inc. on the ground that Defendant has failed to answer or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the complaint on Defendant on March 17, 2015, as evidenced by the proof of service of summons filed with the Court on March 19, 2015 (Doc. No. 10). The above stated facts are set forth in the accompanying Declaration of Jeffrey A. Topor, filed herewith. Accordingly, Defendant requests that the Clerk enter default against Defendant pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

DATED: April 9, 2015                    SIMMONDS & NARITA LLP
                                        JEFFREY A. TOPOR
                                        SARAH H. SCHEINHORN

                                        By:  /s/ Jeffrey Topor
                                             Jeffrey A. Topor
                                             Attorney for Plaintiff
                                             Hong Kong Oriental Import and Export Co. Ltd.