**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                                  General Court Number
Clerk                                                                                                                            415.522.2000

April 13, 2015

RE: CV 15-00273 JSC        -v-

Default is **entered** as to defendant Cal Pacific Limited Inc on April 13, 2015.


                                                                RICHARD W. WIEKING, Clerk

                                                         by  Sheila Rash
                                                                Case Systems Administrator

NDC TR-4  Rev. 3/89