Jeffrey Topor (CA Bar No. 195545)
jtopor@snllp.com
Sarah H. Scheinhorn (CA Bar No. 294759
sscheinhorn@snllp.com
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA  94104
Phone: (415) 283-1000
Fax: (415) 352-2625

Alan D. Leeth (CA Bar No. 199226)
aleeth@burr.com
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Phone: (205) 458-5499
Fax: (205) 244-5670

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD.<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CAL PACIFIC LIMITED INC.<br><br>　　　　Defendant. | Case Number: C 15-00273 JSC<br><br>MOTION FOR DEFAULT JUDGMENT BY THE CLERK |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Hong Kong Oriental Import and Export Co. Ltd. hereby moves the Clerk to enter a judgment of default against defendant, Cal Pacific Limited Inc.  Plaintiff served the complaint on Defendant on March 17, 2015, as evidenced by the proof of service of summons filed with the Court on March 19, 2015 (Doc. No. 10).  Default was entered against Defendant on April 13, 2015 (Doc. No. 13).  Plaintiff's claim is for the sum of $3,519,918.00 plus interest from the date of judgment, as provided by law, together with the costs of this action (Doc. No. 1). The above stated facts are set forth in the accompanying Declaration of Jeffrey A. Topor, filed herewith. Accordingly, Plaintiff requests that the Clerk to enter a judgment of default against Defendant pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

DATED: April 17, 2015               SIMMONDS & NARITA LLP
                                    JEFFREY A. TOPOR
                                    SARAH H. SCHEINHORN

                                    By:  /s/ Jeffrey Topor
                                         Jeffrey A. Topor
                                         Attorney for Plaintiff
                                         Hong Kong Oriental Import and Export Co. Ltd.