Jeffrey Topor (CA Bar No. 195545)
jtopor@snllp.com
Sarah H. Scheinhorn (CA Bar No. 294759
sscheinhorn@snllp.com
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA  94104
Phone: (415) 283-1000
Fax: (415) 352-2625

Alan D. Leeth (CA Bar No. 199226)
Burr & Forman LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Phone: (205) 458-5499
Fax: (205) 244-5670
E-mail: aleeth@burr.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD.<br><br>    Plaintiff,<br><br>    v.<br><br>CAL PACIFIC LIMITED INC.<br><br>    Defendant. | Case Number: C 15-00273 JSC<br><br>DECLARATION OF JEFFREY A. TOPOR IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

I, Jeffrey A. Topor, declare as follows:

1. I am a partner of the firm Simmonds & Narita LLP, located in San Francisco, California, counsel of record for plaintiff Hong Kong Oriental Import and Export Co. Ltd. ("Plaintiff").  I make this declaration in support of Plaintiff's Motion for Entry of Default Judgment.  I have personal knowledge of the facts set forth below, and if called as a witness, I could and would testify competently thereto.

2. I am familiar with the file, records, and pleadings in this matter.

3. A copy of the summons and complaint was served on the defendant's registered agent for service of process on March 17, 2015.

4. Proof of service was filed with this Court on March 19, 2015.  *See* Doc. No. 10.

5. Defendant has not answered or otherwise defended in this action, and the time within which defendant may do so has expired.

6. Default was entered against Defendant on April 13, 2015.  *See* Doc. No. 13.

7. As set forth in Plaintiff's Complaint, Plaintiff's claim is for the sum of $3,519,918.00 plus interest from the date of judgment, as provided by law, together with the costs of this action.  *See* Doc. No. 1 at ¶¶ 23, 24, 26, 29.  Attached hereto as **Exhibits A, B and C** are true and correct copies of the contracts upon which Plaintiff's claim is based.  *See also* Doc. No. 1 at Exs. A-C.

DATED:  April 17, 2015                                  s/Jeffrey A. Topor

                                                        Jeffrey A. Topor

**Exhibit A**

## SALES CONTRACT

NO: CP51123

DATE: APRIL 27, 2014

**CAL PACIFIC LIMITED**
801 TRAEGER AVE., SUITE 115
SAN BRUNO, CA 94066

**Buyer Information**

| | |
|---|---|
| Contact Person: | MR. XU OF LIN'AN |
| Company Name: | DONGSHENG TRADE COMPANY |

**Notify Party**

| | |
|---|---|
| Company Name: | TO BE ADVISED |

**Commodity Information**

| | |
|---|---|
| PRODUCT DETAILS: | ALMONDS INSHELL - 2014 CROP |
| QUALITY: | NONPAREIL INSHELL |
| QUANTITY: | 30 X 40 FT CONTAINERS (1,350,000 LBS) |
| PACKAGING: | 900 X 50 LB BAGS PER 40 FT CONTAINER |
| PRICE: | $2.54/LB CFR HAIPHONG |
| | SLIDING SCALE, BASIS 70% |
| | MINIMUM 67%, MAXIMUM 74% |

SEPTEMBER / OCTOBER 2014 SHIPMENT

**Payment Terms**

1.) $8,000 PER CONTAINER DEPOSIT FOR 30 X 40 FT CONTAINERS OR TOTAL USD $240,000 TO BE PAID NO LATER THAN MAY 5, 2014
2.) BALANCE BY T/T BEFORE VESSEL ARRIVAL INTO HAIPHONG

**Documents**

- COMMERCIAL INVOICE
- OCEAN BILL OF LADING
- PHYTOSANITARY CERTIFICATE
- PACKING LIST
- USDA INSPECTION CERTIFICATE
- CERTIFICATE OF ORIGIN
- WEIGHT CERTIFICATE
- FUMIGATION CERTIFICATE

**Notice to the buyer**

Seller shall not be liable for delay, Default or Impossibility of performance due to any act of God, Riots, Strike, Floods, or any act beyond its control. This contract is made in duplicate, one copy of which shall be signed by the buyer and returned to the seller immediately. Failure to do so and the buyer's retention of the contract shall constitute an acceptance by the buyer of the terms and conditions herein.

BUYER SIGNATURE: Jason [signed] 2014/4/28

CAL PACIFIC LIMITED: [signed]

**Exhibit B**

# SALES CONTRACT

NO: CP51127

DATE : APRIL 30, 2014

## CAL PACIFIC LIMITED
801 TRAEGER AVE., SUITE 115
SAN BRUNO, CA 94066

**Buyer Information**

| | |
|---|---|
| Contact Person : | MR. XU OF LIN'AN |
| Company Name : | DONGSHENG TRADE COMPANY |

**Notify Party**

| | |
|---|---|
| Contact Person : | MR. LIU HUA ZHONG |
| Company Name : | THEIN AN TRADING EXPORT IMPORT JOINT STOCK COMPANY |
| | 567 LE THANH TONG STREET |
| | NGO QUYEN DISTRICT, HAIPHONG CITY |
| | VIETNAM |
| | TEL: (0084) 31 3614776 |
| | FAX: (0084) 31 3614775 |

**Commodity Information**

| | | | |
|---|---|---|---|
| PRODUCT DETAILS : | ALMONDS INSHELL - 2014 CROP | PRICE : | $2.53/LB CFR HAIPHONG |
| QUALITY : | NONPAREIL INSHELL | | SLIDING SCALE, BASIS 70% MEAT YIELD |
| QUANTITY : | 30 X 40 FT CONTAINERS (1,350,000 LBS) | | MINIMUM 68% TO MAXIMUM 74% |
| PACKAGING : | 900 X 50 LB BAGS PER 40 FT CONTAINER | | |

**Shipping Information**

SPREAD SHIPMENT - OCTOBER THROUGH DECEMBER 2014 SHIPMENT

**Payment Terms**

1.) $8,000 PER CONTAINER DEPOSIT FOR 30 X 40 FT CONTAINERS OR TOTAL USD $240,000 TO BE PAID NO LATER THAN MAY 5, 2014

2.) BALANCE BY T/T BEFORE VESSEL ARRIVAL INTO HAIPHONG

**Documents**

- COMMERCIAL INVOICE
- OCEAN BILL OF LADING
- PHYTOSANITARY CERTIFICATE
- PACKING LIST
- USDA INSPECTION CERTIFICATE
- CERTIFICATE OF ORIGIN
- WEIGHT CERTIFICATE
- FUMIGATION CERTIFICATE

**Notice to the buyer**

Seller shall not be liable for delay, Default or Impossibility of performance due to any act of God, Riots, Strike, Floods, or any act beyond its control. This contract is made in duplicate, one copy of which shall be signed by the buyer and returned to the seller immediately. Failure to do so and the buyer's retention of the contract shall constitute an acceptance by the buyer of the terms and conditions herein.

| BUYER SIGNATURE | CAL PACIFIC LIMITED |
|---|---|
| Jason | [signature] |

**Exhibit C**

# SALES CONTRACT

NO: CP51130

DATE : MAY 9, 2014

**CAL PACIFIC LIMITED**
801 TRAEGER AVE., SUITE 115
SAN BRUNO, CA 94066

| Buyer Information | | Notify Party | |
|---|---|---|---|
| Contact Person : | MR. XU OF LIN'AN | Contact Person : | MR. LIU HUA ZHONG |
| Company Name : | DONGSHENG TRADE COMPANY | Company Name : | THEIN AN TRADING EXPORT IMPORT JOINT STOCK COMPANY |
| | | | 567 LE THANH TONG STREET |
| | | | NGO QUYEN DISTRICT, HAIPHONG CITY |
| | | | VIETNAM |
| | | | TEL: (0084) 31 3614776 |
| | | | FAX: (0084) 31 3614775 |

**Commodity Information**

| | | | |
|---|---|---|---|
| PRODUCT DETAILS : | ALMONDS INSHELL - 2014 CROP | PRICE : | $2.58/LB CFR HAIPHONG |
| QUALITY : | NONPAREIL INSHELL | | SLIDING SCALE, BASIS 70% MEAT YIELD |
| QUANTITY : | 30 X 40 FT CONTAINERS (1,350,000 LBS) | | MINIMUM 67% TO MAXIMUM 74% |
| PACKAGING : | 900 X 50 LB BAGS PER 40 FT CONTAINER | | |

**Shipment Information**

NOVEMBER / DECEMBER 2014 SHIPMENT

TO PROVIDE CONTAINER INSURANCE FOR 30 X 40 FT CONTAINERS, INSURANCE EXPENSE FOR 30 CONTAINERS TO BE PAID BY BUYER

**Payment Terms**

1.) $8,000 PER CONTAINER DEPOSIT FOR 30 X 40 FT CONTAINERS OR TOTAL USD $240,000 TO BE PAID AT TIME OF CONTRACT SIGNING

2.) BALANCE BY T/T BEFORE VESSEL ARRIVAL INTO HAIPHONG

**Documents**

- COMMERCIAL INVOICE
- OCEAN BILL OF LADING
- PHYTOSANITARY CERTIFICATE
- PACKING LIST
- INSURANCE CERTIFICATE
- USDA INSPECTION CERTIFICATE
- CERTIFICATE OF ORIGIN
- WEIGHT CERTIFICATE
- FUMIGATION CERTIFICATE

**Notice to the buyer**

Seller shall not be liable for delay, Default or Impossibility of performance due to any act of God, Riots, Strike, Floods, or any act beyond its control. This contract is made in duplicate, one copy of which shall be signed by the buyer and returned to the seller immediately. Failure to do so and the buyer's retention of the contract shall constitute an acceptance by the buyer of the terms and conditions herein.

| BUYER SIGNATURE | CAL PACIFIC LIMITED |
|---|---|
| Jason [signature with stamp] | [signature] |