1  Jeffrey Topor (Lead Counsel) (CA Bar No. 195545)
   Simmonds & Narita LLP
2  44 Montgomery Street, Suite 3010
   San Francisco, CA  94104
3  Phone: (415) 283-1007
4  Fax: (415) 352-2625
   E-mail: jtopor@snllp.com
5
6  Alan D. Leeth (CA Bar No. 199226)
   Burr & Forman LLP
7  420 North 20th Street
   Suite 3400
8  Birmingham, AL 35203
   Phone: (205) 458-5499
9  Fax: (205) 244-5670
   E-mail: aleeth@burr.com
10
11 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO

| | |
|---|---|
| **HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD.,** | |
| Plaintiff, | **Civil Action No. 3:15-cv-00273-JSC** |
| vs. | **NOTICE OF APPEARANCE** |
| **CAL PACIFIC LIMITED INC.,** | |
| Defendant. | |

**COMES NOW** Alan D. Leeth of the law firm of Burr & Forman LLP, and hereby gives notice of his appearance as additional counsel for Hong Kong Oriental Import and Export Co. Ltd. in the above-styled matter.  Counsel request that copies of all notices, pleadings and other papers in this case be served upon him as counsel for Hong Kong Oriental Import and Export Co. Ltd.

Notice of Appearance
Civil Action No. 3:15-cv-00273-JSC

22629789 v1

Respectfully submitted this 23rd day of April, 2015.

> s/ Alan D. Leeth
> Jeffrey Topor (Lead Counsel) (CA Bar No. 195545)
> Simmonds & Narita LLP
> 44 Montgomery Street, Suite 3010
> San Francisco, CA  94104
> Phone: (415) 283-1007
> Fax: (415) 352-2625
> E-mail: jtopor@snllp.com
>
> - and -
>
> Alan D. Leeth (CA Bar No. 199226)
> Burr & Forman LLP
> 420 North 20th Street
> Suite 3400
> Birmingham, AL 35203
> Phone: (205) 458-5499
> Fax: (205) 244-5670
> E-mail: aleeth@burr.com
>
> *Counsel for Plaintiff, Hong Kong Oriental Import and Export Co. Ltd.*

BURR & FORMAN LLP
420 TWENTIETH STREET NORTH, SUITE 3400
BIRMINGHAM, ALABAMA 35203
(205) 251-3000

2

Notice of Appearance
Civil Action No. 3:15-cv-00273-JSC

22629789 v1