UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD., <br><br> Plaintiff, <br><br> v. <br><br> CAL PACIFIC LIMITED INC., <br><br> Defendant. | Case No. 15-cv-00273-JSC  (CRB) <br><br> **DEFAULT JUDGMENT BY CLERK** <br><br> Re: Dkt. No. 14 |

It appearing that the complaint was filed in this case on January 20, 2015; that the summons and complaint were duly served upon the defendant, Cal Pacific Limited Inc., on March 17, 2015; that default was entered as to the defendant, Cal Pacific Limited Inc. on April 13, 2015; that no answer or other pleading has been filed by the defendant as required by law; that the plaintiff's claim is for a sum certain; and that the plaintiff has provided an affidavit stating the amount due; Therefore, upon request of the plaintiff, default judgment is hereby entered against the defendant, Cal Pacific Limited Inc., as provided in Rule 55(b) of the Federal Rules of Civil Procedure, in the amount of $3,519,918.00 plus interest from the date of judgment, as provided by law.

Dated: MAY X 7 2015



For Richard W. Wieking
Clerk of Court