| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> BAYA HARRISON <br> BAYA HARRISON, ATTORNEY AT LAW <br> 200 SOUTH ORANGE AVE # 800   ORLANDO, FL 32801 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (407) 540-6600 | FAX NO. (407) 540-6601 | E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiff. | |

| UNITED STATES DISTRICT COURT | |
|---|---|
| STREET ADDRESS: 450 GOLDEN GATE #1111 | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 | Hearing Date: 10/7/2015    Room: F |
| BRANCH NAME: NORTHERN DISTRICT | Hearing Time: 9:00 AM    Dept: 15TH FL |

| PLAINTIFF: HONG KONG ORIENTAL IMPORT AND EXPORT CO. | CASE NUMBER: |
|---|---|
| DEFENDANT: CAL PACIFIC LIMITED INC. | C15-0273 JSC |

| PROOF OF SERVICE | Ref. No. or File No.: |
|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**

PARTY SERVED: ALAN GALLEGOS

DATE & TIME OF DELIVERY: 9/22/2015
8:00 PM

ADDRESS, CITY, AND STATE: 1535 Syracuse Dr
Rocklin, CA 957656256

PHYSICAL DESCRIPTION:
Age: 35         Weight: 170         Hair: BLACK
Sex: Male       Height: 5-7"        Eyes: BROWN
Skin: ASIAN     Marks:

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 65.00
County: SACRAMENTO
Registration No.: 2008-05
River City Process Service, Inc.
901 H Street, Suite 207
Sacramento, CA 95814
(877) 446-2051

I declare under penalty of perjury under the laws of the
The State of California that the foregoing information
contained in the return of service and statement of
service fees is true and correct and that this declaration
was executed on  September 24, 2015.

Signature: *SHAWN F SARDIA*

SHAWN F. SARDIA

PROOF OF SERVICE

Order#: 110944/General