| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): BAYA HARRISON, BAYA HARRISON, ATTORNEY AT LAW, 200 SOUTH ORANGE AVE # 800 ORLANDO, FL 32801 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (407) 540-6600 | FAX NO. (407) 540-6601 | E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): | |
| **UNITED STATES DISTRICT COURT** STREET ADDRESS: 450 GOLDEN GATE #1111 MAILING ADDRESS: CITY AND ZIP CODE: SAN FRANCISCO, CA 94102 BRANCH NAME: NORTHERN DISTRICT | Hearing Date: 11/17/2015 Room: F - 15TH FLC Hearing Time: 8:30 AM Dept: |
| PLAINTIFF: HONG KONG ORIENTAL IMPORT AND EXPORT CO., LTD. DEFENDANT: CAL PACIFIC LIMITED INC. | CASE NUMBER: 3:2015-CV-00273-JSC |
| **PROOF OF SERVICE** | Ref. No. or File No.: |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
**I SERVED COPIES** OF THE FOLLOWING DOCUMENTS:

**SECOND APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION FOR ENFORCEMENT OF JUDGMENT AGAINST JUDGMENT DEBTOR; SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OFJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

PARTY SERVED: **ALAN GALLEGOS**
DATE & TIME OF DELIVERY: **11/4/2015 9:10 PM**
ADDRESS, CITY, AND STATE: **1535 Syracuse Dr Rocklin, CA 957656256**

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service: $ 45.00
County: SACRAMENTO
Registration No.: 2008-05
River City Process Service, Inc.
901 H Street, Suite 207
Sacramento, CA 95814
(877) 446-2051

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on November 05, 2015.

Signature: _____
SHAWN F. SARDIA

**PROOF OF SERVICE**

Order#: 112042/General