UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HONG KONG ORIENTAL IMPORT AND EXPORT CO. LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**CAL PACIFIC LIMITED INC.,**<br><br>**Defendant.** | Case No. 15-cv-00273-JSC (CRB)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |

I, <u>Baya Whitman Harrison IV</u>, an active member in good standing of the bar of <u>Florida</u>, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing <u>Hong Kong Oriental Import and Export Co. Ltd., the plaintiff</u> in the above-entitled action. My local co-counsel in this case is <u>Jeffrey Topor (CA Bar # 195545)</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 200 South Orange Avenue<br>Suite 800<br>Orlando, FL 32801 | 44 Montgomery Street<br>Suite 3010<br>San Francisco, CA  94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (407) 540-661 | (415) 283-1007 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bharrison@burr.com | jtopor@snllp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>114085</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: December 29, 2015                                        Baya Harrison
                                                                                  APPLICANT

1

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

2

IT IS HEREBY ORDERED THAT the application of  Baya Whitman Harrison IV

3

is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the

4

attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication

5

with, local co-counsel designated in the application will constitute notice to the party.

6

7   Dated:  1/4/2016

UNITED STATES DISTRICT/MAGISTRATE JUDGE

GRANTED
Judge Jacqueline Scott Corley

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**COMPLAINT**                                         3
Case No. 15-cv-00273-JSC (CRB)